UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

       -against

WOLFE MARGOLIES,

                           Defendant.
------------------------------------------------------------------x

**ORDER**
19 CR 178 (KMW)
22 CV 3489 (KMW)

KIMBA M. WOOD, District Judge:

    The Court will hold an evidentiary hearing in this case on Wednesday, April 15, 2026, at

2:30 p.m.

    SO ORDERED.

Dated: New York, New York
       March 18, 2026

                                  KIMBA M. WOOD
                  UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/26