

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  June 9, 2026

June 8, 2026

**BY ECF**

**MEMO ENDORSED**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:    *United States v. Wolfe Margolies*, **19 Cr. 178, 22 Cv. 3489 (KMW)**

Dear Judge Wood:

On June 3, 2026, the Court adjourned the 2255 hearing scheduled for June 10, 2026, and proposed that the hearing be held on July 14, 2026, while noting that the Court would be unavailable to hold the hearing from August 10 through September 10, 2026.  (Dkt. 96).  The parties write jointly to request that the 2255 hearing occur on a date acceptable to the Court *after* September 15, 2026.  Defense counsel is currently on trial and intends to provide supplemental notice for an expert in the coming weeks.  The Government will need time to prepare its case in light of that impending notice, including by retaining its own expert and potentially engaging in further investigation.  The parties additionally have various scheduling constraints throughout the summer.  As a result, the parties jointly request that the Court set the 2255 hearing for a date after September 15, 2026.

**The hearing shall take place on October 15, 2026, beginning at 11:00 am, in Courtroom 26A. The parties shall file pre-hearing submissions on September 22, 2026, which shall include, by Affidavit, any testimony they intend to introduce on direct, and any exhibits they intend to offer. Exhibits shall be pre-marked, indicating whether the offering party is plaintiff or defendant. Exhibits to which there is no objection shall be marked, in the upper right-hand corner of the first page, "uncontested." Counsel shall file any objections to testimony and to exhibits by September 25, 2026.**

**SO ORDERED.**

**Dated: New York, New York**
**        June 9, 2026**

*/s/ Kimba M. Wood*
_____
**KIMBA M. WOOD**
**UNITED STATES DISTRICT JUDGE**

Page 2

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

by: _____

Adam Sowlati
Assistant United States Attorneys
(212) 637-2438

Cc:    Defense Counsel (by ECF)